# LAZARE POTTER GIACOVAS & KRANJAC LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888 0919
www.lpgk.com

WRITER'S EMAIL

mgoldstein@lpgk.com

WRITER'S DIRECT DIAL

(212) 784-2411

February 8, 2007

Honorable Michael A. Telesca
United States District Court
United States Courthouse
100 State Street
Rochester, New York 14614-1387

(*via* facsimile @ (585) 613-4065)

Re: Crofton Associates, Inc. v. Travelers Property Casualty Corp.
U.S. District Court, Western District of New York
Case No. 06 CV 06011
LPGK File No.: 340-598

Dear Judge Telesca:

This firm represents Defendant The Charter Oak Fire Insurance Company ("Charter Oak") (erroneously sued herein as "Travelers Property Casualty Corp."). We respectfully request that Your Honor adjourn Plaintiff Crofton Associates, Inc.'s motion for summary judgment from March 15, 2007 to April 5, 2007. This request is being made on consent of all parties.

Thank you for your attention to this matter.

Very truly yours,

Marci Goldstein

So Ordered:   S/ MICHAEL A. TELESCA
_____

DATED: FEBRUARY 9, 2007